JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN, | Case No. CV 21-7608 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BISHNU K. SHRESTHA, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of December, 2021.

/s/
Fernando M. Olguin
United States District Judge